AO 91 (Rev. 11/11)  Criminal Complaint

~~SEALED BY ORDER OF THE COURT~~

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| United States of America<br>v.<br>DANIEL CASTRO ROMERO<br><br>Defendant(s) | )<br>)<br>) Case No.  **CR 20 71227 MAG**<br>)<br>)<br>) |

FILED
AUG 27 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE, CALIFORNIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **July 23, 2020** in the county of **Monterey** in the **Northern** District of **California**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1), (b)(1)(B) | Possession with Intent to Distribute 50 Grams and More of a Mixture and Substance Containing Methamphetamine |

This criminal complaint is based on these facts:

See Affidavit of Joshua D. Updegraff

☑ Continued on the attached sheet.

/s/ SvK
Complainant's signature

DEA TFA Joshua D. Updegraff
Printed name and title

Approved as to form *Jeffrey A. Backhus*
                                    AUSA

Sworn and subscribed to before me over the telephone pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: August 27, 2020

Judge's signature

City and state: San Jose, California

Magistrate Susan van Keulen
Printed name and title

## AFFIDAVIT OF TASK FORCE AGENT JOSHUA D. UPDEGRAFF

## IN SUPPORT OF CRIMINAL COMPLAINT

I, Joshua D. Updegraff, being duly sworn, depose and hereby declare as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent (SA) with the Bureau of Land Management (BLM) and full-time Task Force Agent (TFA) with the Drug Enforcement Administration (DEA). I have been employed as a SA with the BLM since August 2016 and assigned to the DEA as a TFA since January 2017. Previous to becoming a SA, I was employed as a Law Enforcement Ranger with the BLM and National Park Service beginning in 2003.

2. I am a graduate of the Criminal Investigator Training Program at the Federal Law Enforcement Training Center (FLETC), which certifies Special Agents from multiple federal agencies, to include Homeland Security Investigations (HSI), U.S. Marshal's Service, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), the U.S. Secret Service, and others, to conduct their duties. This program included curriculum on criminal law, constitutional law, search and seizure, and courtroom procedure.

3. During my assignment as a TFA, I have participated in numerous drug trafficking investigations that resulted in the arrest of target individuals and the seizure of multi-kilogram quantities of drugs. I have investigated all aspects of drug trafficking organizations from street-level distributors to large-scale traffickers. I have been case agent on multiple large-scale, complex, international drug investigations, interviewed and operated informants, executed search warrants, arrested and interviewed drug dealers and traffickers, conducted surveillance, utilized electronic and video surveillance, and worked with prosecutors in the litigation of state and federal drug cases.

4. Based on my training and experience with the DEA, I am familiar with methods employed within drug trafficking organizations, the structure of drug trafficking networks, and

coded language drug organizations use to conceal their intentions. I have also discussed with other DEA agents and law enforcement officers the substance of their similar experiences, including the results of their own investigations and interviews.

5. I am an investigator and law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7). I am empowered by law to conduct investigations, to execute search warrants, and to make arrests for offenses of Federal law, including criminal conspiracy, drug possession, drug distribution, and drug importation into the United States.

6. This affidavit is made in support of a complaint charging Daniel Castro ROMERO (hereafter "ROMERO") with a violation of Title 21 U.S.C § 841(a)(1) and (b)(1)(B), Possession with Intent to Distribute 50 Grams and More of a Mixture and Substance Containing Methamphetamine, occurring on July 23, 2020. The information set forth in this affidavit is not intended to detail each and every fact and circumstance of the investigation or all information known to me and other law enforcement investigators. Rather, this affidavit serves to establish probable cause for arrest. The facts set forth in this affidavit are based upon my personal observations, my training and experience, information obtained from other agents and witnesses, and my review of law enforcement reports.

## STATEMENT OF PROBABLE CAUSE

### July 23, 2020 Traffic Stop

7. On July 23, 2020, at about 1:10 p.m., Deputies with the Monterey County Sheriff's Office (MCSO) observed a gray Honda Accord bearing registration that expired in June 2020 driving on a public roadway in Salinas, California. MCSO Deputies performed a traffic stop on the vehicle and identified the driver and sole passenger of the vehicle as ROMERO.

8. When asked if ROMERO knew why he was stopped ROMERO stated "expired license plate." A Deputy asked ROMERO if he was on probation or parole and ROMERO stated he was currently on Post Release Community Supervision (PRCS) with search and seizure. The

Deputy subsequently requested a background check on ROMERO through MCSO dispatch and confirmed ROMERO was on PRCS for a primary offense of PC 496, possession of stolen property, with a discharge date of November 2, 2020.

9. A Deputy then asked ROMERO if there was anything illegal in the vehicle and ROMERO replied, "I have some dope on the front seat," and motioned with his hands towards the front passenger seat of the vehicle. Deputies asked ROMERO if there was anything else illegal inside the car and ROMERO stated, "There is a gun in the car."

10. Deputies searched the vehicle based on ROMERO's statements and located a blue sweater draped over a black backpack on the front passenger seat of the car. A Deputy removed the sweater and found a loaded Smith & Wesson revolver handgun containing five (5) live rounds of ammunition sitting on top of the backpack. A search of the interior of the backpack revealed four clear plastic bags containing a total of 226.35 grams of methamphetamine. Deputies seized the methamphetamine and revolver handgun as evidence.

11. ROMERO was arrested by the Deputies and transported to the Monterey County Jail.

### July 23, 2020 Residence Search

12. On July 23, 2020, following the arrest of ROMERO, the Investigation Division of MCSO conducted a PRCS search of ROMERO's residence located at 395 Mendocino Drive, Salinas, California. During the search MCSO Detectives found seventeen (17) cannabis plants with large colas (buds) growing in the backyard of the residence.

13. During an interior search of the residence, Deputies located a silver cup in a hall closet containing $11,770 USD currency. Also found inside the closet was a box of Federal ammunition containing thirty-five (35) rounds of 38 special ammunition, the same ammunition used by the revolver recovered from ROMERO during the traffic stop.

14. The ammunition, U.S. currency, two pound sample of cannabis, and five random samples of cannabis were collected as evidence by Detectives. The remaining cannabis plants were destroyed on site.

### Further Statement of Probable Cause

15. I know based on my training and experience that the common methamphetamine user uses between 0.1 to 0.2 grams at a time. Based on my training and experience, I also know that methamphetamine users typically do not buy in bulk quantities.

16. Based on the evidence collected during the July 23, 2020 traffic stop and PRCS search, including the 226.35 grams of methamphetamine, loaded revolver handgun, and $11,770 USD currency, I believe that ROMERO is engaged in the illegal trafficking of methamphetamine.

17. I know Salinas, California is within the Northern District of California. Additionally, I know that methamphetamine is a Schedule II controlled substance.

### Criminal History

18. According to law enforcement records, ROMERO is a member of the Norteño criminal street gang. ROMERO has several felony convictions including a 2006 conviction for Receive/Etc. Known Stolen Property, in violation of California Penal Code Section 496 (a) (there is a note with this conviction that it was a "Street Gang Act"), a 2014 conviction for Possession of a Controlled Substance for Sale, in violation of California Health and Safety Code Section 11378, a 2016 conviction for Receive/Etc. Known Stolen Property, in violation of California Penal Code Section 496 (a), a 2017 conviction for Possession of a Controlled Substance, in violation of California Health and Safety Code Section 11377(A), and a 2018 conviction for Possession of a Controlled Substance, in violation of California Health and Safety Code Section 11377(A).

## CONCLUSION

19.   Based on the foregoing, there is probable cause to believe that on July 23, 2020, ROMERO possessed with intent to distribute 50 grams and more of a mixture and substance containing methamphetamine, in violation of Title 21 U.S.C § 841(a)(1) and (b)(1)(B).

20.   I further request that the Court seal the complaint, affidavit, warrant, and other papers filed in connection with this complaint. This affidavit concerns an investigation that is not presently known to the target or to the public generally, and premature disclosure could cause the target of this investigation to destroy evidence and seek to influence witnesses or otherwise obstruct the investigation or prosecution of the target.

21.   I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

/s/ SvK
Joshua D. Updegraff
Drug Enforcement Administration

Sworn and subscribed to before me over the telephone pursuant to Fed. R. Crim. P. 4.1 and 4(d) and signed by me on this  27th   day of August 2020.

HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☒ COMPLAINT  ☐ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location:
**NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION**

SEALED BY ORDER OF THE COURT

### OFFENSE CHARGED

21 U.S.C. § 841(a)(1), (b)(1)(B) (Possession with Intent to Distribute 50 Grams and More of a Mixture and Substance Containing Methamphetamine)

☐ Petty  ☐ Minor  ☐ Misdemeanor  ☒ Felony

**PENALTY:** Mandatory minimum of 5 years of imprisonment; Maximum 40 years of imprisonment; Minimum 4 years of supervised release; Maximum lifetime supervised release; Maximum $8 million fine; Mandatory $100 special assessment fee; Forfeiture

**DEFENDANT - U.S.**
▶ DANIEL CASTRO ROMERO

DISTRICT COURT NUMBER: CR 20 71227 MAG

FILED AUG 27 2020 SUSAN Y. SOONG, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any): **DEA**

☒ person is awaiting trial in another Federal or State Court, give name of court: **Monterey County Superior Court**

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. ATTORNEY ☐ DEFENSE — SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant — MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: **David L. Anderson**
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): **Jeffrey A. Backhus**

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District): **Monterey County Superior Court**

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No — If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: **No Bail**

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:       Before Judge:

Comments: