UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** October 3, 2022  **Time:** 1:40-1:42 PM  **Judge:** Edward J. Davila
**Total Time:** 2 min

**Case No.:** 5:22-CR-00217 EJD  **Case Name:** *United States v. Daniel Castro Romero* (P)(C)

**Attorney for Plaintiff:** Jeffrey Backhus

**Attorney for Defendant:** Severa Keith

**Deputy Clerk:** Cheré Robinson  **Court Reporter:** Summer Fisher

**PROCEEDINGS – STATUS CONFERENCE**

Defendant present and in-custody. Hearing Held.

Court continues the matter to December 5, 2022, for further status.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court found the ends of justice served in granting the continuance outweighed the best interests of the public and the defendant in a speedy trial, and excluded time from October 3, 2022, through and including December 5, 2022. For the reasons stated on the record, time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

**CASE CONTINUED TO: December 5, 2022, at 1:30 P.M. for Status Conference.**

Under federal law, including Rule 5(f) of the Federal Rules of Criminal Procedure, *Brady v. Maryland*, 373 U.S. 83 (1963), and all applicable decisions interpreting *Brady*, the government has a continuing obligation to produce all information or evidence known to the government that is relevant to the guilt or punishment of a defendant, including, but not limited to, exculpatory evidence.

Accordingly, the Court Orders the government to produce to the defendant in a timely manner all information or evidence known to the government that is either (1) relevant to the defendant's guilt or punishment, or (2) favorable to the defendant on the issue of guilt or punishment.

This Order is entered under Rule 5(f) and does not relieve any party in this matter of any other discovery obligation. The consequences for violating either this Order or the government's obligations under *Brady* include, but are not limited to, the following: contempt, sanction, referral to a disciplinary authority, adverse jury instruction, exclusion of evidence, and dismissal of charges.

---

**EXCLUDABLE DELAY:**
Category:   18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv)
Begins:     October 3, 2022
Ends:       December 5, 2022

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

Cheré Robinson
Courtroom Deputy
Original: Efiled