JODI LINKER
Federal Public Defender
SEVERA KEITH
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Email: Severa_Keith@fd.org

Counsel for Defendant Daniel Romero

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-22-00217-EJD |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE STATUS HEARING; [PROPOSED] ORDER |
| vs. | ) ) | |
| DANIEL ROMERO, | ) ) | |
| Defendant. | ) ) ) | |

It is hereby stipulated, by and between counsel for the United States and counsel for the

defendant Daniel Romero, that the Status Hearing regarding, currently set on December 5, 2022,

be continued, and that the matter be set for a Status Hearing on January 19, 2023, at 1:30 p.m.

The parties further agree that time should be excluded under the Speedy Trial Act, until

January 19, 2023, for the effective preparation of counsel, *see* 18 U.S.C. § 3161(h)(7)(B)(iv), so

that the parties can continue case preparation, and for defense review of discovery that the

United States is producing.  The parties further stipulate and agree that the ends of justice served

by excluding the time from December 5, 2022 through and including January 19, 2023, from

computation under the Speedy Trial Act outweigh the best interests of the public and the

defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant Federal Public Defender certifies that she has obtained approval from counsel for the government to file this stipulation and proposed order.

IT IS SO STIPULATED.

JODI LINKER
Federal Public Defender

Dated: November 30, 2022                    /s_____
Severa Keith
Assistant Federal Public Defender

STEPHANIE HINDS
United States Attorney

Dated: November 30, 2022                     /s_____
Jeffrey Backhus
Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER          2
CR-22-217-EJD

1

[PROPOSED] **ORDER**

2

Based upon the facts set forth in the stipulation of the parties and for good cause shown,

3

IT IS HEREBY ORDERED that the Status Hearing in this matter, currently set for December 5,

4

2022, shall be continued, and that this matter will be set for a Status Hearing on January 19,

5

2023, at 1:30 p.m.

6

7

IT IS FURTHER ORERED that time is excluded under the Speedy Trial Act from December 5,

8

2022, through January 19, 2023.  The Court finds that the ends of justice served by excluding the

9

time, from December 5, 2022 through and including January 19, 2023, from computation under

19

the Speedy Trial Act, outweigh the best interests of the public and the defendant in a speedy trial.

11

18 U.S.C. § 3161(h)(7)(A), (B)(iv).

12

13

14

IT IS SO ORDERED.

15

Dated _____, 2022

16

HON. EDWARD J. DAVILA
United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

1

ORDER CR-22-217-EJD